IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISON

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | Case No. 1:14-cv-01748<br>MDL No. 2545<br><br>Honorable Matthew F. Kennelly |
| **THIS DOCUMENT RELATES TO:**<br><br>*Francois Schutte et al v. AbbVie, Inc. et. al.*<br><br>*Civil Action No.: 1:16-cv-1454* | |

## MOTION TO SUBSTITUTE COUNSEL FOR PLAINTIFF

Plaintiffs Francois Schutte and Petro Schutte move the Court to substitute counsel and show the following:

1. Plaintiffs are presently represented in this matter by attorney, Robert A. Schwartz.

2. Robert A. Schwartz is no longer with Brent Coon & Associates. James A Morris, Jr. is a lawyer with Brent Coon & Associates, is fully familiar with these proceedings and consents to this substitution as counsel for the Plaintiffs.

3. Plaintiffs wish to allow their present counsel Robert A. Schwartz to withdraw and to substitute as their attorney James A. Morris, Jr.

4. Plaintiff therefore moves to substitute counsel, relieving Robert A. Schwartz and enrolling attorney, James A. Morris, Jr.

5. This substitution will not delay these proceedings or prejudice any party.

   WHEREFORE PLAINTIFFS PRAY that the Court grant their motion to substitute counsel, allowing attorney James A. Morris, Jr. to enroll as counsel for the Plaintiffs, and

allowing attorney, Robert Schwartz to withdraw as their counsel in this matter.

                Respectfully submitted,

| */s/Robert A. Schwartz* | */s/James A. Morris, Jr.* |
|---|---|
| Texas Bar No. 17869670 | Texas Bar No. 14487050 |
| Heard Law Firm | Brent Coon & Associates |
| 3200 Southwest Freeway, 34th Floor | 6310 San Vicente Blvd, Ste 360 |
| Houston, Texas 77027 | Los Angeles, CA 90048 |
| Telephone: (713) 665-1100 | Telephone: (323) 302-9488 |
| Facsimile: (713) 751-9100 | Facsimile: (323) 931-4990 |
| Email: bschwartz@heardlawfirm | Email: jim.morris@bcoonlaw.com |

**CERTIFICATE OF SERVICE**

     I hereby certify that on September 20, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                              */s/Robert A. Schwartz*
                                              **ROBERT A. SCHWARTZ**